UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 15-5196 DSF (ASx) | Date | 7/17/15 |
|---|---|---|---|
| Title | Eagle Vista Equities, LLC v. Martha Rojas | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING Motion to Remand Case to Superior Court of California, County of Los Angeles

   Defendant removed this action on July 9, 2015. The state court unlawful detainer complaint does not state any federal causes of action. While the notice of removal states several potential federal defenses to the complaint and federal counterclaims that might be raised, federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002). The Court also does not have diversity jurisdiction because the face of the complaint shows that the amount in controversy does not exceed $75,000.

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.